UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                        Case No. 19-20494

v.                                                             Honorable Nancy G. Edmunds

KENNETH KEVIN JOHNSON,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION [67]**

This Court's denial of Defendant's renewed motion for a sentence reduction is on appeal before the Sixth Circuit Court of Appeals. (ECF No. 62.) On October 8, 2021, the Court entered an order denying Defendant's motion for leave to proceed in forma pauperis on appeal. (ECF No. 65.) The matter is now before the Court on Defendant's motion for reconsideration of that order. (ECF No. 67.)

In its previous order, the Court noted that Defendant had stated in his financial affidavit that he receives $2,000 per month in gifts. Defendant now states this was a scrivener's error and that he only receives $200 per month in gifts. Having reviewed Defendant's prisoner trust account information and taking into consideration that retained counsel represented Defendant throughout the course of this case, the Court finds that even with this correction, Defendant is not entitled to pauper status. For the foregoing reasons, Defendant's motion for reconsideration is DENIED.

    SO ORDERED

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
Dated: October 28, 2021       United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 28, 2021, by electronic and/or ordinary mail.

                                              <u>s/Lisa Bartlett</u>
                                              Case Manager